### ZLOTNICK v. GREENFELD et al.

(Supreme Court, Appellate Term.   December 7, 1904.)

L. BILLS AND NOTES—CHECKS—LIABILITY OF INDORSERS—NECESSITY OF PRE-SENTMENT.

A judgment against alleged indorsers of a check cannot be sustained in the absence of evidence of indorsement by them, and in the absence of evidence of presentment for payment to the bank upon which it was drawn.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Jacob Zlotnick against Morris Greenfeld and others. From a judgment for plaintiff, defendants appeal.   Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and GILDERSLEEVE, JJ.

Joseph Wilkenfeld, for appellants.
Henry M. Greenfeld, for respondent.

PER CURIAM.   This action was brought against the alleged indorsers upon a check made by the firm of Panitz Bros., and cashed for them by the plaintiff.   The answer was a general denial. There was no evidence in the case that the defendants ever indorsed the check in question, nor was there evidence of presentment for payment to the bank upon which it was drawn.

Judgment reversed.   New trial ordered, with costs to the appellants to abide the event.